UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MELANIE G. FORMAN,

          Plaintiff,

          - against -

SUPRAS RESOURCE CORPORATION,

          Defendant.

-------------------------------------------------------------X

**ORDER OF DISMISSAL**

2:04-cv-03994-ENV

VITALIANO, D.J.

On February 6, 2006, Judge Denis Hurley issued an order to show cause by March 6, 2006 that the above-captioned case had not been abandoned or settled. The order further noted that failure to respond would result in the dismissal of the action. No response has been received. Therefore, it is hereby ORDERED that this case is dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It is further ORDERED that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

DATED:    Brooklyn, New York
              April 26, 2006

           SO ORDERED

                                            ERIC N. VITALIANO
                                            U.S.D.J.