UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELANIE G. FORMAN,

                            Plaintiff,

-against-

SUPRAS RESOURCE CORPORATION,

                            Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 3994 (ENV)

        An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 27, 2006, dismissing the case for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         April 27, 2006

                                                        ROBERT C. HEINEMANN
                                                      Clerk of Court